Owen J. Singer, SBN: 93272
Masumi Molina, SBN 242902
**LAW OFFICES OF OWEN J. SINGER**
152 North Third Street, Suite 800
San Jose, CA 95112
Telephone: (408) 947-1751
Facsimile: (408) 995-0531

Attorney for Defendant,
MUS-VIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>　　Plaintiff,<br><br>　vs.<br><br>MUS-VIL, INC., RADIOSHACK CORPORATION, CHRISTINE M. BACKHOUSE, SUCCESSOR TRUSTEE OF THE ROCCO CIRONE TESTAMENTARY TRUST<br><br>　　Defendants. | Case No.: CV11-02249 PSG<br><br>**STIPULATION AND [ ORDER TO CONTINUE COMPLETION OF JOINT SITE INSPECTION**<br><br>Complaint Filed: May 6, 2011<br>Magistrate Judge Paul S. Grewal |

    Plaintiff, ALMA CLARISA HERNANDEZ and Defendant MUS-VIL, INC. (hereinafter collectively referred to as the "Parties") have agreed to continue the August 15, 2011 completion date for the joint inspection set by this Court's scheduling order, and the time to meet and confer. The Parties are in the process of settlement negotiations, believe that that matter can likely resolve without the expense of the joint site inspection, and have agreed to complete the joint site inspection if necessary by September 19, 2011; the Parties will meet and confer to discuss settlement within 10 business days after the joint site inspection. Should the Parties be unable to reach a settlement within 45 days of the site inspection, they will file a Notice of Need for Mediation.

1

Stipulation and Order to Continue Completion of Joint Site Inspection
Hernandez v. Mus-Vil, Inc., et al.                                  Case No.: CV11-02249 PSG

RESPECTFULLY SUBMITTED:

LAW OFFICES OF OWEN J. SINGER

Dated: August 11, 2011                          /s/ Owen J. Singer
                                                OWEN SINGER,
                                                Attorney for Defendant, MUS-VIL, INC.


MOORE LAW FIRM, P.C.

Dated: August 11, 2011                          /s/ Tanya E. Moore
                                                TANYA E. MOORE,
                                                Attorneys for Plaintiff,
                                                ALMA CLARISA HERNANDEZ

## ORDER

The Parties having so stipulated and good cause appearing.

IT IS HEREBY ORDERED that the time to complete the joint site inspection and time to meet and confer has been extended. The last day for the Parties to complete the joint site inspection will be **September 16, 2011**; the Parties will meet and confer to discuss settlement within 10 business days after the joint site inspection. If a settlement is not reached, the Parties will file a Notice for Need of Mediation within 45 days of the site inspection.

Dated: August 12, 2011                          /s/ Paul S. Grewal
                                                MAGISTRATE JUDGE PAUL S. GREWAL