1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALMA CLARISA HERNANDEZ, | ) | No. 5:11-CV-02249-PSG |
| | ) | |
| Plaintiff, | ) | **JOINT REQUEST TO VACATE CASE** |
| | ) | **MANAGEMENT CONFERENCE;** |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | |
| MUS-VIL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**WHEREAS**, a Case Management Conference in this matter is currently set for January 17, 2012;

**WHEREAS**, the Parties conducted site inspections within the time required by this Court's Scheduling Order and subsequent stipulation and order;

**WHEREAS,** Plaintiff filed a Notice of Need for Mediation on September 26, 2011;

**WHEREAS**, a mediator was appointed on October 26, 2011.  The pre-mediation call has taken place and mediation is set for February 14, 2012;

**WHEREAS**, Plaintiff Alma Clarisa Hernandez ("Plaintiff") and remaining Defendants Mus-Vil, Inc. and Radio Shack Corporation ("Defendants" and, together with Plaintiff, the "Parties") believe that both Court resources and attorney time and costs will be most effectively utilized if the Parties are given an opportunity to settle this matter through mediation prior to attending and preparing for the case management conference;

**WHEREAS**, General Order 56, Paragraph 7 provides that if the matter does not settle at mediation, Plaintiff is required to file a request for administrative relief requesting a case management conference;

**NOW, THEREFORE**, the Parties respectfully request that the Court vacate the Case Management Conference in order to afford the Parties the opportunity to reach a settlement through mediation, and to permit Plaintiff to file a request for administrative relief requesting a case management conference if necessary should the matter not settle at mediation.

Dated: January 5, 2012            MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore,
Attorneys for Plaintiff Alma Clarisa Hernandez

Dated: January 5, 2012            WEINTRAUB GENSHLEA CHEDIAK

/s/ Alden J. Parker
Alden J. Parker,
Attorneys for Radio Shack Corporation

Dated: January 3, 2012            LAW OFFICES OF OWEN J. SINGER

/s/ Masumi Molina
Masumi Molina,
Attorneys for Mus-Vil, Inc.

## **ORDER**

Upon request of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the case management conference currently set for 1/17/12 is vacated. Plaintiff is ordered to file a request for administrative relief requesting a case management conference within seven (7) days after the mediator files a certification of mediation stating that the matter has not resolved, if in fact the matter does not resolve at mediation.

**IT IS SO ORDERED**.

Dated: January 10, 2012

United States Magistrate Judge